CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Charlottesville
MAR 17 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 3:97-cr-00028 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GAVIN RODERICK WHITE | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**O R D E R E D**

that defendant's motion [docket no. 96] is **DENIED, in part**, and **GRANTED, in part**. Defendant's requests for a reconsideration of the court's order of March 3, 2008, and the appointment of counsel are **DENIED**. Defendant's motion for an extension of time within which to file a notice of appeal is **GRANTED**, and defendant will be granted thirty (30) days from March 13, 2008, within which to file a notice of appeal.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and to all counsel of record.

ENTER: This 17th day of March, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge